UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-23021-CIV-DAMIAN

**RAYON SHERWIN PAYNE**,

  Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY,**

  Respondent.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

On July 14, 2026, Respondent, Department of Homeland Security ("DHS"), conventionally filed the audio recording of Petitioner's final merits hearing held in Immigration Court on July 1, 2026. *See* ECF No. 27.

This Court has obtained the audio recording and considered the proceedings in lieu of a written transcript. At the conclusion of the hearing, the Immigration Judge indicated that he would issue a written decision regarding Petitioner's removal proceedings. In order to have a complete record of Petitioner's immigration proceedings, it is

**ORDERED** that on or before **August 7, 2026**, Respondent shall file a copy of the Immigration Judge's written decision from the July 1, 2026 merits hearing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of August, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Rayon Sherwin Payne, *Pro se*
        A# 041-189-506
        Krome North SPC
        18201 SW 12th St
        Miami, FL 33194

        Rayon Sherwin Payne, *Pro se*
        233 Wyona Street #2
        Brooklyn, NY 11207

2